**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7187

BERNARD RAY RICHARDSON,

Plaintiff - Appellant,

versus

BARBARA J. WHEELER; R. K. WHITE; DAVID K.
SMITH; BOBBY W. SOLES; JAMES KEELING; ELEANOR
L. STOCKDALE; L. W. HUFFMAN; CAPTAIN BARKS-
DALE; COMMONWEALTH OF VIRGINIA; COUNSELOR
SPICER; MICHAEL A. SHUPE, Grievance
Coordinator,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-93-872-R)

Submitted: December 14, 1995     Decided: January 16, 1996

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bernard Ray Richardson, Appellant Pro Se. Susan Campbell Alexander,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Richardson v. Wheeler, No. CA-93-872-R (W.D. Va. July 10, 1995; Oct. 7, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[*]

AFFIRMED

---

[*] In light of this disposition, Richardson's motions for discovery and for appointment of counsel are hereby denied.